

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-13-01088-CV

MARIA GARAY AND A.O., Appellants

V.

G. R. BIRDWELL CONSTRUCTION, L.P., Appellee

Appeal from the 113th District Court of Harris County.   (Tr. Ct. No. 2013-07234).

**TO THE 113TH DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 25th day of November 2014, the case upon appeal to revise or to reverse your judgment was determined.   This Court made its order in these words:

>This case is an appeal from the final judgment signed by the trial court on November 27, 2013.   After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that the trial court's judgment contains no reversible error.   Accordingly, the Court **affirms** the trial court's judgment.

>The Court **orders** that the appellants, Maria Garay and A.O., jointly and severally, pay all appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered November 25, 2014.

Panel consists of Chief Justice Radack and Justices Jennings and Keyes.   Opinion delivered by Justice Keyes.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

February 6, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

